

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00661-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant

v.

Andrew Wayne **BOCK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19802
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On September 26, 2019, appellant filed its notice of appeal. On October 31, 2019, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court on or before **December 3, 2019**, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.



Michael A. Cruz,
Clerk of Court